UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED ELECTRICAL RADIO AND MACHINE
WORKERS OF AMERICA, et al.,
    Plaintiffs,

v.                                                Case No. 02-C-686

STEVEN WHITING, et al.,
    Defendants.

## ORDER

On August 23, 2007, the court conducted a hearing to discuss the plaintiffs' Motion for a Protective Order. Appearing on behalf of the plaintiffs was attorney Andrea Hoeschen. Appearing on behalf of the defendants was attorney Robert Chapman. The court considered the parties' written submissions and their oral arguments. Upon due consideration and, for reasons more fully stated on the record,

**IT IS ORDERED**:

1. The court denies the plaintiffs' motion without prejudice. The court determines that the defendants should receive the information sought under items 9 and 10, but within a protective order, which protects the identities of union members and employees.

2. Counsel shall meet in a good faith effort to draft a mutually acceptable protective order regarding the dissemination of the information in items 9 and 10. If no agreement can be reached, the parties are to submit their own separate drafts. The court will then select one of the drafts to serve as a protective order.

3. All fact discovery is to be completed by September 30, 2007. All other scheduling dates will remain in effect.

Dated at Milwaukee, Wisconsin, this 24th day of August, 2007.

s/AARON E. GOODSTEIN<br>
United States Magistrate Judge