# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED ELECTRICAL RADIO
AND MACHINE WORKERS OF AMERICA
AND ITS AFFILIATED LOCAL 1112,
and JAMES BYRD,
      Plaintiffs,
      v.

STEVEN WHITING, et al.,
      Defendants.

CASE NO: 02-C-686

## FINAL AMENDED SCHEDULING ORDER

By order dated June 21, 2007, this court stated that there shall be "no motions for extensions of time filed." This specific prohibition was placed in the court's order based on the age of the case and the need to move it toward final resolution. The recent joint motion of the parties indicates that the matter is near resolution, so the court will grant the parties a limited extension within which to complete their settlement efforts. However, "finalization" of documents should not take thirty days.

ACCORDINGLY, upon the joint motion of the parties and for good cause established, the motion to amend [Docket #117] is **GRANTED** and the dispositive motion deadline is hereby extended to **February 22, 2008.**

SO ORDERED.

Dated at Milwaukee, Wisconsin this <u>30th</u> day of January, 2008.

                          s/AARON E. GOODSTEIN
                          U.S. Magistrate Judge